1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

LARYN PERKINS,

          Plaintiff,

     v.

JOHNSON CONTROLS, INC.,

          Defendant.

Case No. 12-cv-04215 NC

**ORDER OF CONDITIONAL DISMISSAL**

Re: Dkt. No. 17

    The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 90 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

    IT IS SO ORDERED.

    Date:  January 7, 2013

Nathanael M. Cousins
United States Magistrate Judge